# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-4048

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | On Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Missouri. |
| | * | |
| Tremayne Edward Jackson, | * | [Not to be Published] |
| | * | |
| Appellant. | * | |

_____

Submitted: January 10, 2001

Filed: January 23, 2001

_____

Before RICHARD S. ARNOLD, BRIGHT, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Tremayne E. Jackson pleaded guilty to bank robbery, in violation of 18 U.S.C. § 2 and 18 U.S.C. § 2113(a), (d), and to carrying and using a firearm during and in relation to the robbery, in violation of 18 U.S.C. § 2 and 18 U.S.C. § 924(c). The District Court[1] sentenced him to 248 months (20 years and 8 months) imprisonment and

_____

[1]The Honorable D. Brook Bartlett, late a United States District Judge for the Western District of Missouri.

five years supervised release.  On appeal, Jackson's counsel has filed a brief and has moved to withdraw pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967).  Jackson has not filed a pro se supplemental brief, but he has moved to strike counsel's <u>Anders</u> brief and for appointment of new counsel.

Upon a thorough review of the record, we conclude Jackson knowingly and voluntarily waived his right to appeal his sentence in his plea agreement.  See <u>United States v. Morrison</u>, 171 F.3d 567, 568 (8th Cir. 1999); <u>United States v. Michelsen</u>, 141 F.3d 867, 871-72 (8th Cir.), <u>cert. denied</u>, 525 U.S. 942 (1998).  Accordingly, we enforce the appeal waiver, dismiss the appeal, and grant counsel's motion to withdraw. We deny Jackson's motions to strike and for new counsel.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.